**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1419

ANGELA NAILS,

        Plaintiff - Appellant,

    v.

LIBERTY UNIVERSITY,

        Defendant - Appellee,

    and

LIBERTY UNIVERSITY FINANCIAL AID; LIBERTY UNIVERSITY
FINANCIAL AID EMPLOYEES,

        Defendants.

Appeal from the United States District Court for the Western District of Virginia, at
Lynchburg.  Norman K. Moon, Senior District Judge.  (6:20-cv-00063-NKM)

Submitted:  September 8, 2022               Decided:  September 12, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Angela Nails, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Nails appeals the district court's orders dismissing her amended complaint for failing to state a claim upon which relief may be granted and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nails v. Liberty Univ.*, No. 6:20-cv-00063-NKM (W.D. Va. Feb. 17, 2022 & Apr. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*